1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MEGAN T. HOPKINS, #294141
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: 559-487-5561/Fax: 559-487-5950
5
   Attorney for Defendant
6  QUINTESSA NELSON-DONNELY

7

8                 IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        ) Case No.  6:14-cr-00001-MJS
                                     )
12            Plaintiff,             ) STIPULATION AND ORDER FOR
                                     ) EXTENSION OF PROBATION AND TO
13  vs.                              ) CONTINUE STATUS CONFERENCE
                                     ) HEARING
14  QUINTESSA NELSON-DONNELY,        )
                                     ) DATE:   July 21, 2015
15            Defendant.             ) TIME:    10:00 a.m.
                                     ) JUDGE: Hon. Michael J. Seng
16  _____ )

17        IT IS HEREBY STIPULATED by and between the parties hereto through their

18  respective counsel that the probation period now scheduled to end on April 24, 2015, may be

19  extended for a period of two months, to June 26, 2015 and that the status conference hearing now

20  set for May 5, 2015, may be continued to July 21, 2015, at 10:00 a.m.

21        This extension of probation is requested by the parties so defendant can complete and

22  certify court-ordered domestic violence course.  Defendant was ordered to complete a 52-week

23  domestic violence course.  Defendant enrolled in the course and has been participating as

24  required throughout the period of probation, but required a short leave of absence due to lack of

25  transportation which was pre-approved by the government.  As a result, she has seven classes

26  remaining which she needs in order to complete the course.  The parties agree that an additional

27  period of probation is sufficient to permit her to complete the required terms of probation

28  without alleging a probation violation.  Defendant is otherwise in compliance with the terms of

1    probation.

2          The requested extension of probation and continuance of status conference by stipulation

3    of the parties will conserve time and resources for all parties and the court.

4

5                                              Respectfully submitted,

                                               BENJAMIN B. WAGNER
6                                              United States Attorney

7
     DATED: May 4, 2015                 By:    /s/ Matthew McNease
8                                              MATTHEW MC NEASE
                                               Acting Legal Officer
9                                              National Park Service
                                               Yosemite National Park
10

11                                             HEATHER E. WILLIAMS
                                               Federal Defender
12

13   DATED: May 4, 2015                 By:    /s/ Megan T. Hopkins
                                               MEGAN T. HOPKINS
14                                             Assistant Federal Defender
                                               Attorney for Defendant
15                                             QUINTESSA NELSON-DONELLY

16

17

18
                                     **O R D E R**
19

20
          Good cause appearing, the above STIPULATION TO EXTEND PROBATION AND TO
21
     CONTINUE THE REVIEW HEARING in Case No. 6:14-cr-00001-MJS is hereby accepted and
22
     adopted as the Order of this Court.
23

24

25   DATED:  May 4. 2015                       /s/ MICHAEL J. SENG
                                               UNITED STATES MAGISTRATE JUDGE
26

27

28

     Nelson: Stipulation to Continue Probation        -2-
       and Status Conference