Susan St. Vincent
Acting Legal Officer
Matthew Knoblauch
Yosemite Legal Intern
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | DOCKET NO: 6:14-cr-001-MJS |
| Plaintiff, | |
| v. | **MOTION TO VACATE STATUS CONFERENCE AND DISMISS; AND ORDER THEREON** |
| QUINTESSA ROSE MARIA NELSON-DONELLY, | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice. NELSON-DONELLY entered into a deferred prosecution agreement with the Government and has fully complied with the terms of the agreement.  Currently, a Status Conference is set for July 21, 2015 for the above matter. The Government respectfully requests it be vacated.

//

//

//

1

1      Dated:  July 16, 2014          NATIONAL PARK SERVICE

2

3                                          /S/ Matthew Knoblauch_____
                                        Matthew Knoblauch
4                                       Yosemite Legal Intern

5                                    **ORDER**

6

7          Upon application of the United States, and good cause having been shown

8      therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v.*

9      *Quintessa Rose Marie Nelson-Donelly*, 6:14-cr-001-MJS, be dismissed, without

10     prejudice, in the interest of justice, and the Status Conference currently set for July 21,

11     2015, be vacated.

12

13     IT IS SO ORDERED.

14        Dated:   July 17, 2015         /s/ *Michael J. Seng*

15                                      UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2